Milton N. Predovich, Plaintiff-Appellee, v. The New York Central Railroad Company, a Corporation, Defendant-Appellant.

Gen. No. 48,094. 

First District, First Division.

June 13, 1961.

Marvin A. Jersild, Martin J. Keating and Vincent Alfieri, of Chicago, for appellant; Thomas M. Morris, of Chicago (Edmund C. Maurer, of counsel) for appellee. Opinion by JUSTICE KILEY. Not to be published in full.